Katheryn E. (Kay) Read, Plaintiff-Appellant, v. H. Clay Tate et al., d/b/a Ryan Realty Company, Defendants-Appellees.

Gen. No. 10,206. 

Third District.

January 19, 1959.

Released for publication February 4, 1959.

Costigan, Wollrab & Yoder, for appellant; Livingston, Barger & Brandt, and Dunn & Dunn, for appellees. Opinion by JUDGE REYNOLDS. Not to be published in full.